UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BACKERTOP LICENSING LLC, a Texas company,

                      Plaintiff,

-against-

CONDECO SOFTWARE, INC., a Delaware company,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/16/2023_

22 Civ. 10141 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 3, 2023, the Court granted the parties' request for an extension to submit a joint letter and proposed case management plan by February 15, 2023. ECF No. 18. That submission is now overdue. Accordingly, by **February 23, 2023**, the parties shall submit their joint letter and proposed case management plan, or a joint letter advising the court on the status of settlement.

      SO ORDERED.

Dated: February 16, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge